IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01034-WDM-MEH

ARBAHAM SAUER AND
CHRISTINE SAUER,

    Plaintiffs,

v.

ESTATE OF HENRY SAUER, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    This matter is before me on the Unopposed Motion to Dismiss Pursuant to Rule 12(b)(1) filed August 3, 2006.  There being no opposition, it is now

    ORDERED that the complaint and this action are dismissed without prejudice for lack of subject matter jurisdiction.

    DATED at Denver, Colorado, on August 7, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL